

U.S. Department of Justice

Antitrust Division

*New York Office*

26 Federal Plaza  212/335-8032
Room 3630
New York, New York 10278-0004  FAX 212/335-8023

April 9, 2015

BY FEDERAL EXPRESS & ECF FILING

Honorable Susan D. Wigenton
Martin Luther King, Jr. Federal Building
& United States Courthouse
50 Market Street
Newark, NJ

Re:  *United States v. Wolfson, et al.*, 2:13-cr-748-FSH

Dear Judge Wigenton,

      Pursuant to Your Honor's instructions, please find enclosed a joint proposed order that has been agreed to by all of the parties. The proposed order embodies the Court's rulings made during the March 30, 2015 status conference and contains the dates on which the parties have reached agreement regarding the filing of pretrial motions and other pretrial matters. In conjunction with the Court's Order of December 8, 2014, the proposed order also sets out the specific dates by which the parties are required to produce pre-marked trial exhibits and challenge exhibit authenticity.

Respectfully submitted,

STEVEN TUGANDER
Trial Attorney
Antitrust Division

Attachment

Copy to all counsel with attachment (by email and ECF filing)